8 HENRY LEWIS, Appellant, v BVD COMPANY, INC., et al., Respondents. — Judgment, Supreme Court, New York County, entered on July 10, 1980, unanimously affirmed for the reasons stated by Shainswit, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this

appeal. Concur — Kupferman, J. P., Sullivan, Carro, Markewich and Lupiano, JJ.